IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**TERRY L. CRAFT, #L4910**                                                                 **PLAINTIFF**

**VERSUS**                                                **CIVIL ACTION NO. 4:06cv120TSL-JCS**

**DALE CASKEY, Warden**                                                                   **DEFENDANT**

## FINAL JUDGMENT

This cause is before the court, sua sponte, for consideration of dismissal. Pursuant to the opinion and order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the 27th day of October, 2006.


　　　　　　　　　　　　　　　　/S/ TOM S. LEE
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE